UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATTHEW MEISEL,

                        Plaintiff,

        -against-                                      18 **CIVIL** 7202 (CS)

                                                                **JUDGMENT**

WESTCHESTER COUNTY; CORRECT CARE
SOLUTIONS; DR. RAUL ULLOA; and DR.
JOON PARK,

                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 25, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            June 25, 2020

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                     **Clerk of Court**
                                                    **BY:**
                                                                    _____
                                                                      **Deputy Clerk**